UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
---------------------------------------------------------------- X
In re:                                          :
                                                :
RUSTAD, HARRY JAMES                             :    Case No. (CGM) 10-35274
RUSTAD, MARGARET GRACE                          :
                                                :    Chapter 7
                                                :
                            Debtor.             :
---------------------------------------------------------------- X

**TRUSTEE'S APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE CECELIA G. MORRIS
      UNITED STATES BANKRUPTCY JUDGE

PAUL L. BANNER, Trustee herein, pursuant to 11 U.S.C. § 330, requests $1,236.05 as compensation and $56.14 for reimbursement of expenses, $0.00 of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the debtor, but including holders of secured claims are $4,944.18. Pursuant to 11 U.S.C. § 326, the Trustee is requesting compensation in the amount $1,236.05. Compensation is not based on any monies paid to debtor(s) or other entity (e.g. return of a sale deposit) upon which the trustee is not authorized to base compensation. The Trustee has attached an itemized statement which details the actual computation. The Trustee has also attached time records reflecting services rendered in this matter.

## II. TRUSTEE'S EXPENSES

Trustee requests reimbursement of actual and necessary expenses pursuant to 11 U.S.C. § 330 in an amount $56.14. The Trustee has attached an itemized listing of expenses incurred in the administration of the estate.

Total Chapter 7 administrative fees including the trustee's compensation, attorney for trustee fees and all other professional persons' fees and expenses, if allowed in full, will total 26.1356% of the gross estate.

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited buy the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: December 08, 2010
Poughkeepsie, New York

/s/ Paul L. Banner
PAUL L. BANNER, Trustee
515 Haight Avenue, Second Floor
Suite A
POUGHKEEPSIE, NY 12603
(845) 463-2170

*(Rev. 12/09)*