# Compensation and Expenses Worksheet

**Case Number:** 10-35274 CGM
**Debtor:** RUSTAD, HARRY JAMES
**Joint Debtor:** RUSTAD, MARGARET GRACE

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $4,944.18

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | $4,944.18 | 25% of First $5,000 | $1,236.05 |
| Less | - | $4,944.18 | ($1,250 Maximum) |  |
| Balance |  | $0.00 | 10% of Next $45,000 | $0.00 |
| Less | - | $0.00 | ($4,500 Maximum) |  |
| Balance |  | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | - | $0.00 | ($47,500 Maximum) |  |
| Balance |  | $0.00 | 3% of Balance | $0.00 |

**TOTAL COMPENSATION CALCULATED:** $1,236.05
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$1,236.05**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| Date | Description | Amount |
|---|---|---|
| 04/07/10 | FAX: FACSIMILE 1 page @ 1.0000 / page<br>Letter to Juran. | $1.00 |
| 04/15/10 | FAX: FACSIMILE 1 page @ 1.0000 / page<br>Letter to Juran. | $1.00 |
| 04/27/10 | COPY: Photocopy/Duplication Expense 1 page @ 0.2000 / page<br>Letter to Juran. | $0.20 |
| 04/27/10 | COPY: Photocopy/Duplication Expense 1 page @ 0.2000 / page<br>Notice of Asset to UST. | $0.20 |
| 04/27/10 | FAX: FACSIMILE 1 page @ 1.0000 / page<br>Letter to Juran, Esq. | $1.00 |
| 04/27/10 | POST: Postage 1 per env. @ 0.4400 / per env.<br>Letter to Juran. | $0.44 |
| 04/27/10 | POST: Postage 1 per env. @ 0.4400 / per env.<br>Notice of asset. | $0.44 |
| 05/05/10 | COPY: Photocopy/Duplication Expense 1 page @ 0.2000 / page<br>Notice of asset UST. | $0.20 |
| 05/05/10 | COPY: Photocopy/Duplication Expense 14 pages @ 0.2000 / page<br>Notice of sale, affidavit and matrix. | $2.80 |
| 05/05/10 | POST: Postage 1 per env. @ 0.4400 / per env. | $0.44 |

# Compensation and Expenses Worksheet

**Case Number:** 10-35274 CGM
**Debtor:** RUSTAD, HARRY JAMES
**Joint Debtor:** RUSTAD, MARGARET GRACE

| | | |
|---|---|---:|
| | Notice of asset UST. | |
| 05/05/10 | POST: Postage 13 per env.s @ 0.4400 / per env.<br>Notice of Sale. | $5.72 |
| 06/07/10 | COPY: Photocopy/Duplication Expense 2 pages @ 0.2000 / page<br>Letter and bill of sale. | $0.40 |
| 06/07/10 | POST: Postage 1 per env. @ 0.4400 / per env.<br>Letter to debtor's attorney. | $0.44 |
| 10/22/10 | COPY: Photocopy/Duplication Expense 1 page @ 0.2000 / page<br>Letter to Juran. | $0.20 |
| 10/22/10 | POST: Postage 1 per env. @ 0.4400 / per env.<br>Letter to Juran. | $0.44 |
| 12/08/10 | COPY: Photocopy/Duplication Expense 35 pages @ 0.2000 / page | $7.00 |
| 12/08/10 | POST: Postage 1 per env. @ 4.9500 / per env.<br>Priority mail for final report. | $4.95 |
| 12/28/10 | COPY: Photocopy/Duplication Expense 51 pages @ 0.2000 / page<br>17 x 3 pages notice of final report. | $10.20 |
| 12/28/10 | POST: Postage 17 per env.s @ 0.4400 / per env.<br>Notice of final report. | $7.48 |
| 02/15/11 | POST: Postage 6 per env.s @ 0.4400 / per env.<br>Distribution checks. | $2.64 |
| 02/28/11 | COPY: Photocopy/Duplication Expense 20 pages @ 0.2000 / page<br>2 copies of completion report, closing report, form 4. | $4.00 |
| 02/28/11 | POST: Postage 1 per env. @ 4.9500 / per env.<br>Priority mail for closing/completion report. | $4.95 |

### Expense Summary

| | |
|---|---:|
| COPY: Photocopy/Duplication Expense 126 pages @ 0.20 / page | $25.20 |
| FAX: FACSIMILE 3 pages @ 1.00 / page | $3.00 |
| POST: Postage 41 per env.s @ 0.44 / per env. | $18.04 |
| POST: Postage 2 per env.s @ 4.95 / per env. | $9.90 |

| | |
|---|---:|
| TOTAL EXPENSES CALCULATED: | $56.14 |
| Less Previously Paid Expenses: | $0.00 |
| **TOTAL EXPENSES REQUESTED:** | **$56.14** |
| **TOTAL EXPENSES AND COMPENSATION REQUESTED:** | **$1,292.19** |