# Time Sheet Report
### Entries Through 05/01/11

| Case Number: | 10-35274 | Case Name: | RUSTAD, HARRY JAMES | Petition Date: | 01/31/10 |
| Case Status: | Asset | Judge: | (CGM) CECELIA G. MORRIS | Original 341a Meeting: | 02/25/10 |

| Matter/User | Date | Description | Hours |
|---|---|---|---|
| **Staff Name: DORIS COUTANT** | | | |
| | 02/02/10 | Import case into TCMS; file folder and standing document request. | 0.30 |
| | 02/25/10 | 341 meeting- adjourn to March 18, 2010. | 0.20 |
| | 03/18/10 | 341 meeting - adjourned to April 8 for rpo. | 0.20 |
| | 04/07/10 | Letter to Juran re: turnover docs requested. | 0.20 |
| | 04/08/10 | 341 meeting - adj to April 29 for tax returns and bank account statements. | 0.20 |
| | 04/15/10 | Letter to Juran re: turnover tax refunds and bank account/ offer on Harley. | 0.20 |
| | 04/15/10 | Review tax returns, import assets and flag as asset case. | 0.30 |
| | 04/27/10 | Review letter from Juran, Esq. re: turnover of tax returns and offer on motorcycle. Prepare a draft Notice of sale, and notice of asset. Prepare a payment plan schedule. Letter to Juran okaying offer and turnover. | 0.60 |
| | 05/04/10 | Open bank account, prepare w-9 form, deposit check. | 0.30 |
| | 05/05/10 | Make revisions to notice of sale; file and serve parties; affidavit of service, and notice of asset. | 0.40 |
| | 06/07/10 | Prepare report of sale and bill of sale for motorcycle. Letter to debtors' attorney enclosing same. | 0.50 |
| | 10/22/10 | Deposit check. letter to debtor's attorney re: this is not the last payment since the debtor's weren't making the exact payments per schedule. They still owe the estate $5.55. | 0.40 |
| | 10/28/10 | Validate claims and assert. | 0.40 |
| | 12/08/10 | Check docket for updates, amendments, etc. Get new claims register; prepare final report and supporting documents. Letter to UST. | 0.60 |
| | 12/28/10 | Get hearing date for notice of final report, get mailing matrix, prepare envelopes, serve parties. Prepare affidavit of service. File with Court together with final report. | 0.50 |
| | 01/24/11 | E mail order to Court for Order allowing compensation. | 0.30 |
| | 02/15/11 | Issue distribution checks. | 0.40 |
| | 02/28/11 | Prepare completion report, closing report, form 4. Letter to UST. | 0.50 |
| | 03/15/11 | File closing report and completion report with Court. | 0.30 |
| | | **Totals for DORIS COUTANT** | **6.80** |

# Time Sheet Report
### Entries Through 05/01/11

| | | |
|---|---|---|
| **Case Number:** 10-35274 | **Case Name:** RUSTAD, HARRY JAMES | **Petition Date:** 01/31/10 |
| **Case Status:** Asset | **Judge:** (CGM) CECELIA G. MORRIS | **Original 341a Meeting:** 02/25/10 |

| Matter/User | Date | Description | Hours |
|---|---|---|---|
| | | **Total for Case Number: 10-35274** | **6.80** |